# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>JESUS FELIX-RODRIGUEZ,<br><br>             Defendant. | CASE NO. CR92-1134BHS<br><br>ORDER GRANTING REVISED UNOPPOSED MOTION TO REDUCE SENTENCE |

      THIS MATTER having come before the Court upon the unopposed motion of Defendant for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (Dkt. 110), and the Court having found that the retroactive amendment to the crack cocaine guideline operates in this case to reduce the base offense level from 38 to 36 and the total offense level from 38 to 36, and the parties having agreed to the disposition in this case,

      IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced from 275 months imprisonment to 220 months of imprisonment. The United States Probation Office shall prepare an Amended Judgment reflecting the reduced sentence, said judgment to be effective March 13, 2008. The Clerk of the Court shall assure service of this Order on the Bureau of Prisons and the United States Marshal.

ORDER - 1

1   IT IS FURTHER ORDERED that all other terms and provisions of the original
2   Judgment remain in full force and effect.
3   DATED this 3rd day of March, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2